RECEIVED
JAN - 9 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

FILED
JAN 9 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § Plaintiff, § § v. § § MARIA ARGELIA SILVA (2), § § Defendant. § | NO. EP-19-MJ-00229-MAT |

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses the Complaint against Defendant, **MARIA ARGELIA SILVA**. The Government does not wish to prosecute at this time.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
STEVE JURECKY
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: _____